RANDY S. GROSSMAN
Acting United States Attorney
JOSEPH P. PRICE, JR.
Assistant U.S. Attorney
Cal. State Bar No. 131689
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7642
Joseph.Price@usdoj.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMIE ANN YAVELBERG
NATALIE A. WAITES
JENNIFER FLEURY
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, NE, Room 10123
Washington, DC 20002
(202) 305-3074
Jennifer.Fleury@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANNA, MASSACHUSSETS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WASHINGTON; the DISTRICT OF COLUMBIA *ex rel.* EVEREST PRINCIPALS, LLC., <br><br>Plaintiffs, <br><br>v. <br><br>ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS INC., <br><br>Defendants. | Case No.: 20-CV-0286-W (AGS) <br><br>**GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION** <br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action. In addition, the assigned Senior Deputy Attorney General of the Medicaid Fraud Control Unit of the State of Nevada, Deputy Attorney General of the Medicaid Fraud Control Unit for the State of Indiana, and Deputy Attorney General of the Division of Medi-Cal Fraud & Elder Abuse for the State of California have requested that the undersigned counsel for the United States also inform the Court that the states of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, and the District of Columbia (collectively, "the States") also decline to intervene.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States, and that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action at a later date for good cause, and to

seek the dismissal of Relator's action or claim. The United States also requests that it be served with all notices of appeal.

The United States also requests that Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Additionally, the States, pursuant to their respective False Claims Acts or analogous state statutes, reserve their right to intervene at a later date upon a showing of good cause and request that all pleadings, including notices of appeal, court orders, motions or other pleadings filed in this action be served upon the States. The States also reserve their right to order any deposition transcript in this case, and request that if Relator or any Defendant proposes that any claims be dismissed, settled, or otherwise discontinued, the Court require that such litigant(s) solicit the written consent of the States before applying for Court approval.

A proposed order accompanies this notice.

DATED: March 22, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

RANDY S. GROSSMAN
Acting United States Attorney

/s/ *Joseph P. Price, Jr.*
JOSEPH P. PRICE, JR.
Assistant United States Attorney

JAMIE A. YAVELBERG
NATALIE A. WAITES
JENNIFER FLEURY
Attorneys, Civil Division

Attorneys for Plaintiff
United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANNA, MASSACHUSSETS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WASHINGTON; the DISTRICT OF COLUMBIA *ex rel.* EVEREST PRINCIPALS, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS INC., <br><br> Defendants | Case No.: 20-CV-0286-W (AGS) <br><br> CERTIFICATE OF SERVICE |

I, Ana I. Fread, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California. My business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action, and on March 22, 2021, I emailed Relators counsel, in the above-entitled action, a copy of:

UNITED STATES' NOTICE OF DECLINATION, and [PROPOSED] ORDER,

addressed to:

Laurie Rubinow
Lrubinow@sfmslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of March, 2021.

***Ana I. Fread***
ANA I. FREAD