# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, et al., Defendants. | Case No.: 20-CV-286 W (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [DOC. 37]** |

Pending before the Court is a joint motion to extend the time for Defendants Abbott Laboratories, Abbott Cardiovascular Systems Inc., and Abbott Vascular Inc. (collectively, "Abbott") (collectively referred to with Relator as the "Parties") to respond to the First Amended Complaint. Good cause appearing, the joint motion is **GRANTED**. [Doc. 37.]

Defendants must respond to the Complaint on or before **September 17, 2021**.

**IT IS SO ORDERED.**

Dated: August 26, 2021

Hon. Thomas J. Whelan
United States District Judge