# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOT LABORATORIES, et. al,<br><br>Defendants. | Case No.: 20-CV-286 W (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR BRIEFING RELATED TO ABBOTT'S MOTION TO DISMISS RELATOR'S FIRST AMENDED COMPLAINT [DOC. 46]** |

Pending before the Court is a joint motion for an order setting a briefing schedule to which the Parties have agreed for the remaining briefing of Abbott's Motion to Dismiss the First Amended Complaint ("Motion to Dismiss").  Good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** as follows:  Relator shall file its opposition to the Motion to Dismiss on or before October 12, 2021, and Defendants shall file their reply in support of the Motion to Dismiss on or before October 26, 2021.

**IT IS SO ORDERED.**

Dated:  October 1, 2021

_____
Hon. Thomas J. Whelan
United States District Judge