# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.; ex rel. EVEREST PRINCIPALS, LLC,<br><br>Plaintiffs and Relator,<br><br>v.<br><br>ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS INC.,<br><br>Defendants. | Case No.: 3:20-cv-286 W (AGS)<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT [DOC. 30]** |

On July 29, 2021, Defendants moved to dismiss Plaintiffs' Complaint for failure to state a claim. [Doc. 30]. Plaintiffs amended their Complaint on August 19, 2021, in response. [Doc. 35]. Accordingly, Defendants' Motion to Dismiss Plaintiffs' Complaint [Doc. 30] is **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

Dated:  March 28, 2022

_____
Hon. Thomas J. Whelan
United States District Judge