UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, et al. ex rel. Everest Principals, LLC, | Case No.:  20cv286-W (MSB) |
|---|---|
| Plaintiffs, | **ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |
| v. | |
| ABBOTT LABORATORIES, et al., | |
| Defendants. | |

On September 8, 2023, counsel for Plaintiff-Relator Everest Principals, LLC ("Plaintiff-Relator") and Defendant Abbott Laboratories ("Defendant") jointly contacted Judge Berg's chambers requesting an informal discovery conference to address Plaintiff-Relator's assertion of various privileges in response to Defendant's requests for production of Plaintiff-Relator's disclosure to the government and related post-disclosure communications.  Based on the parties' joint request, the Court **SETS** a telephonic Discovery Conference with counsel for Plaintiff-Relator and Defendant on **October 4, 2023**, at **10:00 a.m.**  Defendant is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

///

///

No later than **September 29, 2023** at **5:00 p.m.**, the parties are **ORDERED** to lodge informal letter briefs of **no more than five pages** outlining their positions. The informal letter briefs are to be exchanged between counsel and submitted to Judge Berg via e-mail to efile_berg@casd.uscourts.gov.

**IT IS SO ORDERED**.

Dated:  September 8, 2023

_____
Honorable Michael S. Berg
United States Magistrate Judge