JONES DAY
Karen P. Hewitt (State Bar No. 145309)
kphewitt@jonesday.com
Shireen Matthews (State Bar No. 237930)
shireenmatthews@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Telephone: 858.314.1200

Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: 949.851.3939

Attorneys for Defendants Abbott
Laboratories, Abbott Laboratories Inc.,
Abbott Cardiovascular Systems Inc., and
Abbott Vascular Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*; *ex rel.* EVEREST PRINCIPALS, LLC,<br><br>Plaintiffs and Relator,<br><br>v.<br><br>ABBOTT LABORATORIES, et al.,<br><br>Defendants. | Case No. 3:20-cv-0286-W-MSB<br><br>**NOTICE OF MOTION TO COMPEL RELATOR'S PRODUCTION OF A COMPLETE LIST OF ALLEGED FALSE CLAIMS BY THE CLOSE OF FACT DISCOVERY**<br><br>Hon. Michael S. Berg<br><br>Special Briefing Schedule Ordered (ECF No. 151)<br><br>No Hearing Per Order of Court |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Defendants Abbott Laboratories, Abbott Laboratories Inc., Abbott Cardiovascular Systems Inc., and Abbott Vascular Inc. ("Abbott") respectfully move the Court to compel Relator Everest Principals, LLC ("Relator") to provide a complete list of allegedly false claims by the close of fact discovery. Abbott also seeks leave to conduct additional discovery beyond the close of fact discovery if Relator identifies any claims in addition to the 3,773 that Relator has already identified.

This Motion is made pursuant to the order of, and will be decided by, the Honorable Michael S. Berg. (ECF No. 151.) Per the order of the Court, Relator will file an opposition to this Motion on the same day that this motion is filed. (*Id.*) Absent further order of this Court, there will be no replies and no hearing on this Motion. (*Id.*)

This Motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Shireen Matthews and the exhibits attached thereto, all of which are filed concurrently herewith; and any and all other materials the Court deems proper.

1

NOTICE OF MOTION TO COMPEL LIST OF ALLEGED FALSE CLAIMS
CASE NO. 3:20-cv-0286-W-MSB

NAI-5000511970v1

Dated: April 18, 2025

JONES DAY

By: */s/ Shireen Matthews*
    Shireen Matthews

JONES DAY
Karen P. Hewitt (State Bar No. 145309)
kphewitt@jonesday.com
Shireen Matthews (State Bar No. 237930)
shireenmatthews@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, CA 92121.3134
Telephone: 858.314.1200

Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: 949.851.3939

Attorneys for Defendants Abbott Laboratories, Abbott Laboratories Inc., Abbott Cardiovascular Systems Inc., and Abbott Vascular Inc.