James C. Shah (State Bar No. 260435)
jcshah@millershah.com
MILLER SHAH LLP
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92660
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff-Relator*

[Additional counsel listed on signature pages]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.; ex rel.* EVEREST PRINCIPALS, LLC,<br><br>Plaintiffs and Relator,<br><br>v.<br><br>ABBOTT LABORATORIES, ABBOTT LABORATORIES INC., ABBOTT CARDIOVASCULAR SYSTEMS INC., and ABBOTT VASCULAR INC.,<br><br>Defendants. | Case No. 3:20-cv- 00286-W-MSB<br><br>**DECLARATION OF JAMES C. SHAH IN SUPPORT OF RELATOR'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ABBOTT'S MOTION TO STRIKE RELATOR'S JULY 18, 2025 INTERROGATORY RESPONSES**<br><br>Magistrate Judge: Michael S. Berg<br><br>Special Briefing Schedule Ordered (ECF No. 188) |

I, James C. Shah, declare that the following is true and correct:

1. I am over the age of eighteen.

2. I am a member of the bar of the State of California and a partner at Miller Shah LLP. I am one of the attorneys representing Plaintiff-Relator, Everest Principals, LLC ("Relator"), in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, can testify competently as to the matters stated in this Declaration.

4. I respectfully submit this Declaration in Support of Relator's Opposition to Abbott's Motion to Strike Relator's July 18, 2025 Interrogatory Responses.

5. Attached as Exhibit "1" is a true and correct copy of Defendants' August 14, 2023 First Set of Interrogatories ("ROG Set 1") directed to Relator.

6. Attached as Exhibit "2" is a true and correct copy of Defendants' August 28, 2024 Second Set of Interrogatories ("ROG Set 2") directed to Relator.

7. Attached as Exhibit "3" is a true and correct copy of Defendants' November 18, 2024 Third Set of Interrogatories ("ROG Set 3") directed to Relator.

8. Attached as Exhibit "4" is a true and correct copy of Relator's September 18, 2023 Responses to Defendants' August 14, 2023 First Set of Interrogatories ("ROG Set 1 Responses").

9. Attached as Exhibit "5" is a true and correct copy of Relator's October 11, 2024 Responses to Defendants' August 28, 2024 Second Set of Interrogatories ("ROG Set 2 Responses").

10. As of October 11, 2024, Relator identified approximately 137 HCPs by name and pursuant to Rule 33(d) as having received kickbacks from Abbott in its ROG Sets 1 and 2 Responses.

11. Attached as Exhibit "6" is a true and correct copy of Relator's January 31, 2025 Responses to Defendants' November 18, 2024 Third Set of Interrogatories ("ROG Set 3 Responses").

12. Attached as Exhibit "7" is a true and correct copy of Relator's March 5, 2025 Responses to Defendants' November 18, 2024 Third Set of Interrogatories ("Supplemental ROG Set 3 Responses").

13. As of March 5, 2025, Relator identified approximately 979 HCPs by name and pursuant to Federal Rule of Civil Procedure 33(d) in its ROG Set 1, ROG Set 2, ROG Set 3, and Supplemental ROG Set 3 Responses.

14. Attached as Exhibit "8" is a true and correct copy of Relator's May 16, 2025 Supplemental Responses to Defendants' First Set of Interrogatories ("Supplemental ROG Set 1 Responses").

15. As of May 16, 2025, Relator identified approximately 1099 HCPs in total in its ROG Set 1, ROG Set 2, ROG Set 3, Supplemental ROG Set 1, and Supplemental ROG Set 3 Responses, including the HCPs associated with claims identified in the Supplemental ROG Set 1 Responses.

16. Attached as Exhibit "9" are true and correct copies of Relator's July 18, 2025 Supplemental Responses to Defendants' First, Second, and Third Sets of Interrogatories.

17. Attached as Exhibit "10" is a true and correct copy of Defendants' December 23, 2024 Amended Responses to Relator's Interrogatory No. 4.

18. Attached as Exhibit "11" is a true and correct copy of excerpts of the May 8, 2025 Deposition of Colin Trissler, designated as Defendants' Rule 30(b)(6) witness.

19. Attached as Exhibit "12" is a true and correct copy of excerpts of the June 30, 2025 Report of Defendants' expert, Dr. Anupam B. Jena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated: September 4, 2025 | **MILLER SHAH LLP** |

/s/ *James C. Shah*
James C. Shah (State Bar No. 260435)
jcshah@millershah.com
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92660
Telephone: (866) 540-5505
Facsimile: (866) 300-7367